IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | |
| ) | |
| ) | **Civil Action No:**  18-608-JWD-EWD |
| THE STATE OF LOUISIANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

Upon the joint motion of Plaintiff, the United States of America and Defendant, State of Louisiana, to dismiss this case in light of the Agreement to Resolve Department of Justice Investigation reached by the parties;

It is hereby ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, subject to retention of jurisdiction and reinstatement upon the United States' motion for the purpose of resolving any claim that Defendant materially breached any provision of the Agreement, pursuant to Paragraph 127 of the Agreement.  Each party shall bear its own costs.

Signed in Baton Rouge, Louisiana, on June 7, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**